UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

<u>ELIZABETH CROOKS</u>                         Civil No. 1:19-CV-00547
    Plaintiff

VS.

                                                                                          Judge  Drell
<u>SHELTER MUTUAL INS. CO.</u>              Magistrate Judge  Perez-Montes
    Defendant

## PROPOSED PLAN OF WORK

On June 26, 2019, the following individuals participated in a meeting by telephone/other electronic means, during which this Plan of Work was formulated: (List all parties and their counsel, if any, *including e-mail addresses for trial attorneys*.)

**Shawn M. Bordelon** of Laborde Earles Law Firm, LLC, on behalf of Plaintiff, Elizabeth Crooks
Email: shawn@onmyside.com

**Andrew E. Schaffer** of Johnson, Siebeneicher & Ingram, Inc., on behalf of Defendant, Shelter Mutual Insurance Company
Email: AndySchaffer@jslawfirm.com

### Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. <u>04/17/2020</u>   Deadline for completion of discovery
2. <u>08/14/2020</u>   Final date for filing dispositive motions
3. <u>01/24/2020</u>   Final date for adding parties
4. <u>01/24/2020</u>   Final date for filing amended pleadings
5. <u>01/17/2020</u>   Final date for Plaintiff's disclosing of experts
6. <u>02/17/2020</u>   Final date for Defendant's disclosing of experts
7. <u>03/17/2020</u>   Final date for Plaintiff's expert reports
8. <u>04/17/2020</u>   Final date for Defendant's expert reports
9. <u>06/17/2020</u>   Final date for taking depositions of experts

10. <u>07/31/2019</u>   Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

11. Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters:  NONE.

**Part B**

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process:  NONE.

Respectfully Submitted:

**LABORDE EARLES LAW FIRM, LLC**.


**BY:**   s:// Shawn Bordelon
**SHAWN M. BORDELON, #35049**
100 Versailles Blvd. Suite A
Alexandria, LA 71303
Telephone (318) 625-6397
**ATTORNEYS FOR PLAINTIFF,**
**ELIZABETH CROOKS**


**JOHNSON, SIEBENEICHER & INGRAM, INC**.


**BY:**   s:// Andrew Schaffer
**ANDREW E. SCHAFFER, #01137**
Post Office Box 7598
Alexandria, Louisiana 71306
Telephone (318) 484-3585
**ATTORNEYS FOR DEFENDANT,**
**SHELTER MUTUAL INS. CO.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ELIZABETH CROOKS                                                   Civil No. 1:19-CV-00547
    Plaintiff

VS.
                                                                   Judge  Drell

SHELTER MUTUAL INS. CO.                              Magistrate Judge  Perez-Montes
    Defendant

**O R D E R**

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on _____, 20___,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on _____, 20___, beginning at ___:___ __.M.

IT IS FURTHER ORDERED that the Clerk of court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order – Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

SIGNED on this _____ day of _____, 20___, at Alexandria, Louisiana.

                                                  _____
                                                      DEE D. DRELL, JUDGE
                                        UNITED STATES DISTRICT COURT